**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR452** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CHRISTINA M. RICHEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Christina M. Richey (Richey) appeared before the court on August 13, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 52). Richey was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, Richey waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Richey should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. Through counsel, Richey declined to request a hearing or present any evidence on the issue of detention. Since it is Richey's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Richey has failed to carry her burden and Richey should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on September 6, 2012**. Defendant must be present in person.

2.      Defendant Christina M. Richey is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 13th day of August, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge