IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **8:07CR452** |
| Plaintiff, | | |
| vs. | | **ORDER** |
| CHRISTINA M. RICHEY, | | |
| Defendant. | | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED that the Defendant, Christina M. Richey, be placed at CH, Inc., in Council Bluffs, Iowa, for 120 days public law placement.

Dated this 19th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge