IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:07CR452 |
| vs. | ORDER |
| CHRISTINA M. RICHEY, | |
| Defendant. | |

This matter is before the Court on the Defendant's objection (Filing No. 63) to this Court's Order of September 19, 2012 (Filing No. 62). Upon review of the matter,

IT IS ORDERED that the Court's Order of September 19, 2012 (Filing No. 62) is rescinded, and the other matters raised in the Defendant's objection will be addressed at the previously scheduled hearing for offender under supervision on October 1, 2012, at 8:30 a.m.

Dated this 26th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge